**UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS**

In Re:                                                                                                  CHAPTER 13
James and Margret Belanger                                                        Case No. 10-13421

Debtors

# MOTION TO AUTHORIZE DEBTORS AND BANK OF AMERICA, N.A. TO ENTER INTO A LOAN MODIFICATION AGREEMENT

Now comes the Debtors in this matter, James and Margret Belanger, and hereby move this Court for Authority to enter into a loan modification agreement with Bank of America, N.A. in connection with real estate located at 24 Merrill Av, Lynn, MA. Debtors respectfully request that this Court enter an Order granting the Lender relief from the automatic stay for the express purpose of allowing the Lender to modify the Debtors' loan pursuant to the parties' agreement. In support of this Motion, the Debtors state as follows:

1. On or about, April 27, 1977, the Debtors purchased their home, located at 24 Merrill Ave, Lynn, Massachusetts, for the original purchase price of $25,000.00.

2. On or about April 13, 2007, the Debtors refinanced their existing mortgage by executing a promissory note in favor of Countrywide Home Loans, Inc., having an original principal balance of $244,000.00 (the "Note"). A true and accurate copy of the Note is attached hereto as <u>Exhibit A</u>. The Note bears a fixed interest rate of 6.500%. The note provides for a monthly payment in the amount of $1,542.25. The maturity date of the note was May 1, 2037.

3. Simultaneously therewith, as security for the obligations under the Note, Debtors executed a mortgage in favor of MERS as nominee for Countrywide Home Loans, Inc., A true and accurate copy of said Mortgage is attached as <u>Exhibit B.</u>

4. On or about December 6, 2012, MERS, Inc. as nominee for the lender assigned and transferred all its right, title and interest in the mortgage to Bank of America, N.A. A true and accurate copy of the Assignment is attached hereto as <u>Exhibit C.</u>

5. On or about March 31, 2010, the Debtors filed a Chapter 13 Petition, commencing the present case. Based upon the Debtors strong desire to keep their property, on or about August 16, 2012, they submitted an application for Loan Modification pursuant to the Making Home Affordable Program.

6. On or about February 3, 2013, the Debtors were approved for a "Making Home Affordable" Modification, after having made three monthly trial payments in the amount of $1,575.13.

7. The Debtor and Lender specifically seek to modify the terms of the Note as follows: (Loan Modification Agreement attached hereto as <u>Exhibit D</u>)
    a. A new principle balance in the amount of $226,632.29 which includes all past due amounts.
    b. A fixed interest rate of 4.250% for the life of the loan.
    c. A new monthly payment in the amount of $1,423.32 which includes principle, interest, taxes and insurance.
    d. The new maturity date of the loan is February 1, 2053.

8. After careful review of the terms of the agreement, the Debtors have determined the modification to be fair and affordable, and within their budget.

9. By this Motion, Debtors request this Court to authorize the parties to enter into a Loan Modification Agreement in accordance with the terms proposed and outlined in the attached Loan Modification Agreement.

WHEREFORE, the Debtors respectfully request this Court to:

    a. Authorize the Lender to modify the terms of the above-described note and mortgage;

    b. Grant the Lender limited relief from the automatic stay for the express purpose of modifying the terms of the note and mortgage;

    c. Grant such further relief deemed just and proper.

Dated: March 18, 2013

| | |
|---|---|
| Respectfully submitted,<br>James and Margret Belanger<br>By their attorney,<br><br>/s/ *Peter R. Kaplan*<br>Peter R. Kaplan, Esq.<br>BBO # 562452<br>60 Washington Street, Suite 305<br>Salem, MA 01970<br>pkaplaw@aol.com | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: | CHAPTER 13 |
| James and Margret Belanger | Case No. 10-14321 |
| Debtors | |

## CERTIFICATE OF SERVICE

I, Peter R. Kaplan, state that on March 18, 2013, the following list of interested parties were served either electronically or via first class mail, copies of

Motion to Authorize Debtors and Bank of America, N.A. to Enter into a Loan Modification Agreement, along with Exhibits A, B C, and D:

**Carolyn Bankowski**
Chapter 13 Trustee

**John Fitzgerald**
US Trustee

**Jason Giguere**
Harmon Law Offices, P.C.

**Bank of America, N.A.**
11802 Ridgeparkway, Suite 100
Broomfield, CO 80021

| | |
|---|---|
| March 18, 2013 | /s/: Peter Kaplan |
| Date | Peter R. Kaplan, |
| | 60 Washington Street |
| | Suite 305 |
| | Salem, MA 01970 |
| | (978) 740-2805 |