UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** James J. Belanger and Margaret M. Belanger          **Case/AP Number** 10-13421 -FJB
                                                              **Chapter** 13

   #40 Motion filed by Debtor James J. Belanger, Joint Debtor Margaret M. Belanger For Authority

**COURT ACTION:**

_____Hearing held

_____Granted      ____✓____Approved      _____Moot

_____Denied       _____Denied without prejudice      _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released       _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objections filed. The loan modification agreement is hereby conditionally approved. The Debtors shall file, as an exhibit to the instant motion, a fully executed loan modification agreement which includes the signature of a representative of Bank of America, N.A. on or before May 9, 2013.

The Court finds and holds that the present loan modification agreement is not a reaffirmation agreement within the meaning of 11 U.S.C. Section 524(c) et seq. Because the parties have not complied with the requirements of that section, the present agreement and the Court's approval thereof give rise to no in personam liability on the the part of the Debtors. The Court construes the agreement as setting forth the payments that the Debtors must honor to avert exercise by the mortgagee of its rights as to the collateral; and, absent a properly filed reaffirmation agreement, the mortgagee's enforcement rights as to this agreement are limited to its in rem rights against the collateral. This order is without prejudice to the parties filing their loan modification agreement in a manner that conforms to the requirements of 11 U.S.C. Section 524.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____  Dated: 04/09/2013
Frank J. Bailey
United States Bankruptcy Judge