**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

In Re:  CHAPTER 13
James Belanger  Case No. 10-13421
Margaret Belanger

Debtors.

# MOTION TO APPROVE 3nd POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

Now come the Debtors in this matter, by and through their counsel, and hereby move this Court for an Order approving the 3nd Post-Confirmation Amended Chapter 13 Plan. In support, Debtors state as follows:

1. On March 31, 2010, Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code.

2. On April 13, 2010, Debtors filed a Chapter 13 Plan, and on June 11, 2010 Debtors filed a 1st Amended Chapter 13 Plan to increase the dividend to unsecured creditors.

3. On May 12, 2011, the Court confirmed the 1st Amended Chapter 13 Plan.

4. Recently, the Debtors were approved for Loan Modification in connection with the 1st mortgage on their home located at 24 Merrill Avenue in Lynn, MA. The change in Debtors' financial circumstances warranted another increase in the dividend to unsecured creditors. Accordingly, on March 20, 2013, Debtors filed a 1st Post-Confirmation Amended Chapter 13 Plan to increase the dividend to unsecured creditors from the additional disposable

    income for which the lower, modified mortgage payment created. However, due to a miscalculation Debtors had to Amend said Plan and filed their second Post-Confirmation Plan.

5. On August 26, 20123, the Chapter 13 Trustee objected to the Debtor's Second Post-Confirmation Plan due to a miscalculation Therefore, Debtors are now filing a 3nd Post-Conformation Amended Chapter 13 Plan to correct the error.

WHEREFORE, Debtors pray that this Court enter an Order approving the 3st Post-Confirmation Amended Chapter 13 Plan, and grant such further relief as is just and proper.

DATED:    August 29, 2013

Respectfully Submitted,
Debtors,
By their attorney,

/s/ Peter R. Kaplan
60 Washington Street
Suite 305
Salem, MA 01970
978-740-2805