**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

_____

In Re:                                                                                    CHAPTER 13
James Belanger                                                                  Case No. 10-13421
Margaret Belanger

Debtors.
_____

**MOTION TO APPROVE 3nd POST-CONFIRMATION AMENDED**
**CHAPTER 13 PLAN**

Now come the Debtors in this matter, by and through their counsel, and hereby move this Court for an Order approving the 3nd Post-Confirmation Amended Chapter 13 Plan. In support, Debtors state as follows:

1. On March 31, 2010, Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code.

2. On April 13, 2010, Debtors filed a Chapter 13 Plan, and on June 11, 2010 Debtors filed a 1st Amended Chapter 13 Plan to increase the dividend to unsecured creditors.

3. On May 12, 2011, the Court confirmed the 1st Amended Chapter 13 Plan.

4. Recently, the Debtors were approved for Loan Modification in connection with the 1st mortgage on their home located at 24 Merrill Avenue in Lynn, MA. The change in Debtors' financial circumstances warranted another increase in the dividend to unsecured creditors. Accordingly, on March 20, 2013, Debtors filed a 1st Post-Confirmation Amended Chapter 13 Plan to increase the dividend to unsecured creditors from the additional disposable

04/02/2014 Granted.